UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03159-JWH (AGRx) | Date | December 1, 2025 |
| Title | *Florin Tanasache et al v. Kristi Noem et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Niels W. Frenzen | Daniel A. Beck |

**Proceedings:   HEARING RE:  PETITIONERS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER [4]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1.   Petitioners' *Ex Parte* Application [ECF No. 4] is **GRANTED**.

2.   Respondents are **TEMPORARILY ENJOINED** from continuing to detain Petitioners unless Petitioners, and each of them, are provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) no later than December 8, 2025.

3.   Respondents are **DIRECTED** to show cause in writing by December 9, 2025, at 12:00 noon why the Court should not issue a preliminary injunction in this case.

4.   Petitioners may file an optional response no later than December 12, 2025, at 5:00 p.m.

5.   A hearing on the preliminary injunction is **SET** for December 15, 2025, at 10:00 a.m.  Counsel for all parties are **DIRECTED** to appear in person at that date

Time:  00:37
Initials of Preparer: cla

and time in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

      6.      This Temporary Restraining Order is issued at 10:35 a.m. on Monday, December 1, 2025. It shall remain in effect until the conclusion of the hearing on December 15, 2025.

      **IT IS SO ORDERED.**

Time: <u>00:37</u>
Initials of Preparer: cla