UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03159-JWH (AGRx) | Date | December 15, 2025 |
| Title | *Florin Tanasache et al. v. Kristi Noem et al.* | | |

Present: The Honorable JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Clarissa Lara | Deborah Parker |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Petitioner(s): Niels W. Frenzen | Attorney(s) Present for Respondent(s): Patrick James Kearney, AUSA |

**Proceedings: HEARING RE: PRELIMINARY INJUNCTION**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. Petitioners' application for a preliminary injunction is **DENIED as moot**. Respondents have provided all Petitioners with individualized bond hearings. Although Respondents failed to provide bond hearings for Petitioners Martinez and Pena by the seven-day timeline specified in the Court's Order re Petitioners' *Ex Parte* Application for a TRO [ECF No. 10], the Court concludes that because all Petitioners have now received the requested bond hearings, a preliminary injunction granting the same relief is moot.

2. The Court will issue a separate Order to Show Cause regarding the dismissal of the underlying petition and an Order to Show Cause regarding sanctions for Respondents' failure to comply with the Court's TRO.

3. A hearing on the Orders to Show Cause is **SET** for Friday, February 6, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**

Time: 00:32
Initials of Preparer: cla